IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCUS WELLS,

       Appellant,

v.

       Case No.  5D22-1727
       LT Case No. 2017-CF-1108

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed December 6, 2022

3.800 Appeal from the Circuit Court
for Hernando County,
Stephen  E. Toner, Jr., Judge.

Marcus Wells, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellant.

PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.